# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **WAYFAIR LLC,** | ) | **CIVIL ACTION** |
| Plaintiff, | ) | |
| | ) | NO. **1:12 - 12155- FDS** |
| v. | ) | |
| | ) | |
| | ) | |
| **THE FURNITURE AUTHORITY, LLC** | ) | |
| Defendant. | ) | |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **WAYFAIR LLC** for an order of Default for failure of the Defendant, **THE FURNITURE AUTHORITY, LLC**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **12TH day of February, 2013.**

                SARAH A. THORNTON
                CLERK OF COURT


             By: /s/ Pietro Cicolini
                **Deputy Clerk**

Notice mailed to:
The Furniture Authority
Attn: Legal Department
2879 U.S. 9
Howell, NJ 07731